UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| CARSON NEWBAUER, on behalf of himself, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC., JACKSON HEWITT INC., TAX SERVICES OF AMERICA INC., BAYSIDE CAPITAL INC., AND CORSAIR CAPITAL LLC,<br><br>    Defendants. | Civil Action No. 2:18-cv-00679 |
| TOM ENDRES and LATONYA FIELDS, on behalf of themselves, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC., JACKSON HEWITT INC., TAX SERVICES OF AMERICA INC.,<br><br>    Defendants. | Civil Action No: 2:19-cv-00037 |

1

2

| | |
|---|---|
| JESSICA ROBINSON, on behalf of herself, and all others similarly situated, | Civil Action No: 2:19-cv-00044 |
| Plaintiff, | |
| v. | |
| JACKSON HEWITT TAX SERVICE INC., JACKSON HEWITT INC., TAX SERVICES OF AMERICA INC., | |
| Defendants. | |
| NICOLE GIBSON, on behalf of herself, and all others similarly situated, | Civil Action No: 2:19-cv-00049 |
| Plaintiff, | |
| v. | |
| JACKSON HEWITT TAX SERVICE INC., JACKSON HEWITT INC., TAX SERVICES OF AMERICA INC., BAYSIDE CAPITAL INC., AND CORSAIR CAPITAL LLC, | |
| Defendants | |

**PLAINTIFFS' MOTION FOR REASSIGNMENT AND CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42(a)**

Plaintiffs appear by counsel and, for the reasons stated in the Memorandum of Law to be filed simultaneously herewith, respectfully move the Court to enter the Proposed Order Reassigning and Consolidating Cases and Coordinating Initial Case Deadlines submitted herewith. Counsel for the parties have conferred, and Defendants have been provided with a copy of the Proposed Order.

2

I-1586657.1

Dated: January 29, 2019          Respectfully submitted,

/s/_____
Conrad M. Shumadine
VSB #4325
Counsel for Plaintiffs
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
cshumadine@wilsav.com


Joseph R. Saveri (admitted *pro hac vice*)
Steve N. Williams (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
jchen@saverilawfirm.com

*Counsel for Plaintiff Carson Newbauer*


Richard M. Paul III (admitted *pro hac vice*)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com

Jason S. Hartley (*pro hac vice* pending)
**HARTLEY LLP**
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Counsel for Plaintiffs Carson Newbauer, Tom Endres, and Latonya Fields*

3

I-1586657.1

Daniel E. Gustafson (*pro hac vice* to be submitted)
Amanda M. Williams (*pro hac vice* to be submitted)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

*Counsel for Plaintiff Jessica Robinson*


Tina Wolfson (*pro hac vice* to be submitted)
Robert Ahdoot (*pro hac vice* to be submitted)
Alex R. Straus (*pro hac vice* to be submitted)
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
astraus@ahdootwolfson.com

Douglas A. Millen (*pro hac vice* to be submitted)
William H. London (*pro hac vice* to be submitted)
Brian M. Hogan (*pro hac vice* to be submitted)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
dmillen@fklmlaw.com
wlondon@fklmlaw.com
bhogan@fklmlaw.com

*Counsel for Plaintiff Nicole Gibson*

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance.

Scott McIntosh (VSB #43015)
Jonathan Labukas (VSB #80589)
QUARLES & BRADY LLP
1701 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20006
Telephone: (202) 372-9512
Facsimile: (202) 372-9596
scott.mcintosh@quarles.com
jonathan.labukas@quarles.com
*Counsel for Defendants Jackson-Hewitt*
*Tax Service Inc., Jackson Hewitt Inc., and*
*Tax Services of America, Inc.*

I also hereby certify that a true copy of the foregoing was sent by electronic transmission to the following:

Abram Ellis
John Terzaken
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, DC 20001
Telephone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com
john.terzaken@stblaw.com
*Counsel for Defendant Corsair Capital, LLC*

Jason S. Oletsky
AKERMAN LLP
350 East Las Olas Boulevard, Suite 1600
Ft. Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Jason.oletsky@akerman.com
*Counsel for Defendant Bayside Capital, Inc.*

/s/ _____
Conrad M. Shumadine
VSB #4325
Counsel for Plaintiffs
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
cshumadine@wilsav.com


Joseph R. Saveri (admitted *pro hac vice*)
Steve N. Williams (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
jchen@saverilawfirm.com

*Counsel for Plaintiff Carson Newbauer*


Richard M. Paul III (admitted *pro hac vice*)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com

Jason S. Hartley (*pro hac vice* pending)
**HARTLEY LLP**
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com

*Counsel for Plaintiffs Carson Newbauer, Tom Endres, and Latonya Fields*

6

Daniel E. Gustafson (*pro hac vice* to be submitted)
Amanda M. Williams (*pro hac vice* to be submitted)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

*Counsel for Plaintiff Jessica Robinson*


Tina Wolfson (*pro hac vice* to be submitted)
Robert Ahdoot (*pro hac vice* to be submitted)
Alex R. Straus (*pro hac vice* to be submitted)
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
astraus@ahdootwolfson.com

Douglas A. Millen (*pro hac vice* to be submitted)
William H. London (*pro hac vice* to be submitted)
Brian M. Hogan (*pro hac vice* to be submitted)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
dmillen@fklmlaw.com
wlondon@fklmlaw.com
bhogan@fklmlaw.com

*Counsel for Plaintiff Nicole Gibson*